# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

United States of America
v.
[1] EDUARD BUENO-BELTRAN

Case No: 3:15-CR-189-01 GAG
USM No: 42724-069

Date of Original Judgment: 3/8/2017
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

AFPD HECTOR RAMOS-VEGA
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Defendant is ineligible given that he was sentenced after November 1, 2014.

Except as otherwise provided, all provisions of the judgment dated 3/8/2017 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 5/30/2018

S/ GUSTAVO A. GELPI
*Judge's signature*

Effective Date:
*(if different from order date)*

GUSTAVO A. GELPI, US DISTRICT JUDGE
*Printed name and title*